FOURTH DEPARTMENT, FEBRUARY, 2011

(February 10, 2011)

■ In the Matter of RICHARD SCOTT, JR., Petitioner, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, Respondent. [915 NYS2d 883]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Christopher J. Burns, J.], entered August 26, 2010) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.